UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JELENA ELAINE BUKSA,

Plaintiff,

v.

SAKS & COMPANY, LLC, et al.,

Defendants.

Case No. 19-cv-00768-JSW

**ORDER TO SHOW CAUSE**

On May 16, 2019, counsel for defendants filed a request with this Court to appear telephonically at a case management conference scheduled for May 17, 2019. Under Civil L.R. 16-10(a), a request to appear at a case management conference by telephone must be filed and served at least seven days before the conference. Counsel's request was therefore untimely. The Court denied counsel's request and, given the timing of the request and the fact that counsel is located in Los Angeles, the Court continued the case management conference one week to May 24, 2019 at 11:00 a.m.

Counsel for defendants is hereby ORDERED TO SHOW CAUSE as to why lead counsel for defendants should not be sanctioned in the amount of $250 for violating the Court's rules. Counsel shall show cause, in writing, no later than May 22, 2019, why sanctions should not be imposed. Any award of sanctions must be paid by counsel, and not by the defendants.

IT IS SO ORDERED.

Dated: May 17, 2019

JEFFREY S. WHITE
United States District Judge